a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KIMON BAYNE #A205-309-051,<br>Petitioner | CIVIL DOCKET NO. 1:25-CV-01730<br>SEC P |
| VERSUS | JUDGE EDWARDS |
| DEPT OF HOMELAND SECURITY<br>ET AL,<br>Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## REPORT AND RECOMMENDATION

Pro se Petitioner Kimon Bayne ("Bayne") filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 seeking his release from detention. ECF No. 1.

Because Bayne has voluntarily departed, the Petition should be DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

### I.    Background

Bayne is a native and citizen of Grenada. On December 23, 2025, an immigration judge granted voluntary departure. ECF No. 22-1. On February 15, 2026, Bayne departed the United States for Grenada. *Id.*

### II.    Law and Analysis

An alien who has been finally removed from United States is not "in custody," as required for a court to have the power to grant a writ of habeas corpus. *See Merlan v. Holder*, 667 F.3d 538 (5th Cir. 2011) (per curiam); *Dien Thanh Ngo v. Johnson*, 3:19-CV-976, 2019 WL 3468909 (N.D. Tex. 2019) (collecting cases), *report and*

1

*recommendation adopted*, 2019 WL 3459817 (N.D. Tex. 2019); 28 U.S.C. § 2241. Therefore, the Court lacks jurisdiction to grant Bayne's Petition.

### III.    Conclusion

Because Bayne voluntarily departed, IT IS RECOMMENDED that the Petition (ECF No. 1) be DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

Under 28 U.S.C. § 636(b)(1)(c) and Fed. R. Civ. P. 72(b), a party may file written objections to this Report and Recommendation within 14 days of service, unless the Court grants an extension of time to file objections under Fed. R. Civ. P. 6(b).  A party may also respond to another party's objections to this Report and Recommendation within 14 days of service of those objections, again unless the Court grants an extension of time to file a response to objections.

No other briefs may be filed without leave of court, which will only be granted for good cause.  A party's failure to timely file written objections to this Report and Recommendation will bar a party from later challenging factual or legal conclusions adopted by the District Judge, except if the challenge asserts "plain error."

SIGNED on Monday, May 11, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE